IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ADAM M. GLOWKA,

          Plaintiff,

v.                              CIVIL ACTION NO.   5:14-cv-18500

UNITED STATES OF AMERICA and
MEDIC JEFFREY WALKER,

          Defendants.

### JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                        ENTER:      July 14, 2015

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA